**Electronically Filed
Supreme Court
SCAD-22-0000099
05-APR-2022
03:22 PM
Dkt. 13 OSUS**

SCAD-22-0000099

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DISCIPLINARY BOARD OF THE HAWAI'I SUPREME COURT,
Petitioner,

vs.

MICHAEL JOHN COLLINS, II, (Bar No. 9087),
Respondent.

---

ORIGINAL PROCEEDING
(ODC NO. 22-0051)

<u>ORDER OF INTERIM SUSPENSION</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the April 4, 2022 renewed petition filed by the Office of Disciplinary Counsel on behalf of, and with the approval of, the Disciplinary Board of the Hawai'i Supreme Court, requesting this court to transfer Respondent Michael John Collins, II to inactive status, pursuant to Rules 2.19 (b) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), or, in the alternative, to suspend his license to practice law, pursuant to RSCH Rule 2.23, as well as the entire record in this matter, we determine, based upon the evidence submitted, that there is sufficient evidence in the record to demonstrate that Respondent

Collins has committed multiple violations of the Hawaiʻi Rules of Professional Conduct, and poses a substantial threat of serious harm to the public. Therefore,

IT IS HEREBY ORDERED that Respondent Michael John Collins, II is suspended from the practice of law upon entry of this order, pursuant to RSCH Rule 2.23, pending final disposition of the disciplinary proceedings predicated upon the conduct causing the harm.

IT IS HEREBY FURTHER ORDERED that this suspension constitutes a suspension for the purposes of RSCH Rule 2.16. Respondent Collins shall have 20 days from the entry of this order to comply with the requirements of that Rule imposed upon a suspended attorney.

DATED: Honolulu, Hawaiʻi, April 5, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins